# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANNY WHITE, on his own behalf and others similarly situated,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1317-Orl-22DAB**

**KCPAR, INC., d/b/a: Mulligans,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of their Opt-In Rights (Doc. No. 43) filed on March 7, 2006.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 2, 2006 (Doc. No. 51) is **ADOPTED** and **CONFIRMED** and made a part of this Order. The Objections of the Plaintiff are overruled.

2. The Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of their Opt-In Rights (Doc. No. 43) is **DENIED**.

3. The Notices of Consent to Join (Doc. No. 44) by Kameel Sylvester and Ernest Gillenswaters are hereby **ACCEPTED**. The Clerk is directed to add Kameel Sylvester and Ernest Gillenswaters as Plaintiffs to this action.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 20, 2006.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record